**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| KENNETH L. MCGOWAN,            )  | |
|       Plaintiff,            ) | |
| vs.            ) | No. 3:15-CV-1640-M-BH |
|             ) | |
| JEH JOHNSON, Secretary, Department            ) | |
| of Homeland Security, et al.,            ) | |
|       Defendants.            ) | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The plaintiff's two separate *Request[s] Motion for Default Judgment*, filed August 10, 2015 (docs. 21, 22), are **DENIED**.

**SIGNED** this 15th day of September, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS