**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| KENNETH L. MCGOWAN,           )            | |
|     Plaintiff,           )            | |
| vs.           )            | No. 3:15-CV-1640-M-BH |
|                )            | |
| JEH JOHNSON, Secretary, Department           )            | |
| of Homeland Security, et al.,           )            | |
|     Defendants.           )            | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The plaintiff's *Request Motion for Default Judgment*, filed August 19, 2015 (doc. 25), is **DENIED**.

**SIGNED** this 15th day of September, 2015.

                                                                          **BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**