**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| KENNETH L. MCGOWAN,        ) | |
|     Plaintiff,        ) | |
| vs.        ) | No. 3:15-CV-1640-M-BH |
|         ) | |
| JEH JOHNSON, Secretary, Department        ) | |
| of Homeland Security, et al.,        ) | |
|     Defendants.        ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The plaintiff's *Request for Summary Judgment*, filed June 27, 2016 (doc. 36) is DENIED.

**SIGNED** this 24th day of August, 2016.

_____
**BARBARA M. G. LYNN**
**CHIEF JUDGE**