IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

KENNETH L. MCGOWAN, )
         Plaintiff, )
vs. )    No. 3:15-CV-1640-M-BH
    )
JEH JOHNSON, Secretary, Department )
of Homeland Security, et al., )
         Defendants. )

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States

Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions

to which objections have been made, I am of the opinion that the Findings and Conclusions of the

Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The defendants' *Motion to Dismiss for Failure to Make Proper Timely Service,* filed October

17, 2016 (doc. 60), is **GRANTED**. Despite numerous admonitions, the Plaintiff did not properly

and timely serve the Defendants with complete copies of the complaints in issue. By separate

judgment, this case will be dismissed under Fed. R. Civ. P. 4(m).

SIGNED this 20 day of June, 2017.


BARBARA M. G. LYNN
CHIEF JUDGE